## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In re:**    **JOANNE MARIE ADAMS**                    Case No. 17-33303 -KRH

Debtor,                                                Chapter 7

Last Four Digits of Social Security Number: 6895

### RENEWED MOTION TO REOPEN BANKRUPTCY
### TO AFFORD RELIEF TO DEBTOR

Debtor, Joanne Marie Adams ("Adams") by counsel, sets forth the following:

1.    This Court has jurisdiction pursuant to 28 USC 1441

2.    This Court has proper venue pursuant to 28 USC 1391

3.    This is a core proceeding pursuant to 28 USC 157

### PARTIES

4.    The movant is Adams, Debtor in the above identified case as defined by the Bankruptcy

Code.

5.    Respondents are creditors as defined by the Bankruptcy Code.

### FACTS

6.    Adams filed a Voluntary Petition for Relief in this Court on June 29, 2017.

7.    The trustee filed a report of no distribution on December 20, 2017. .

8.    A discharge ("the discharge") was entered on February 02, 2018 and the case was

subsequently closed on March 9, 2018.

9.    Among the creditors listed in the case was Richard F. Hall, Jr. ("Hall"), 526 Cranes

Creek Harbor Drive, Heathsville, Virginia 22473, as to a mortgage loan evidenced by a

mortgage note ("the mortgage note") as to which Adams was borrower and Hall was the

lender.

1

10.     The discharge included a discharge of Adams' obligation on the mortgage note.

11.     Hall filed a motion to lift stay to allow him to proceed towards foreclosure of Adams'

home, which motion was granted.  However, the Order of this Court granting Hall relief

from the automatic stay did not grant Hall leave to seek to obtain a money judgment from

Adams for any deficiency claim as to the mortgage note, and Hall was prohibited by the

discharge from seeking any deficiency judgement on the mortgage note because of the

discharge.

12.     Pursuant to the order lifting the automatic stay, in June 2018, Hall caused a foreclosure of

Adams' home ("the home") located at 528 Mila Road, Heathsville, Virginia 22473.

13.     In July 2018, Hall took possession of the home.

14.     On March 6, 2020, there was pending in the Circuit Court of Northumberland County,

Virginia an amended complaint ("the amended complaint") filed by Adams against Hall

which has been assigned the number of CL18-319.  In that amended complaint, Adams

sued Hall for money damages on ground including, *inter alia*, conversion of a vehicle

that had been located on the home and breach of an "applicable law" provision in the

deed of trust on her home. As to the latter, Adams pled that Hall had (a) taken a vehicle

on the premises of the home and deprived her of that vehicle; and (b) had prematurely

entered into the home in July 2021 despite a notice giving Adams until midnight on July

8, 2021 to vacate the home.

15.     On March 6, 2020, Hall filed an answer and counterclaim ("the counterclaim") as to the

amended complaint.   In the counterclaim, Hall, *inter alia*, sought money damages for

what he said was a deficiency owed by Adams on the mortgage note.  In the counterclaim

Hall averred he was entitled to money damages, *inter alia*, because the high bid at the
foreclosure had not been sufficient to satisfy the mortgage note.

16.    In seeking in the counterclaim, *inter alia*, money damages on a deficiency claim based on

a claim that the high bid at the foreclosure was not sufficient to pay off the mortgage

note, Hall violated the discharge.

17.    Adams asks this Court to re-open this Bankruptcy to allow her to file an appropriate

motion asking the Court to address Hall's action on March 6, 2020 violating the

discharge.

### RELIEF REQUESTED

Adams prays that the Court reopen the Bankruptcy for the foregoing reasons.

Respectfully submitted,

**JOANNE MARIE ADAMS**.

By /s/Henry W. McLaughlin
Henry W, McLaughlin (VSB No. 07105)
Law Office of Henry McLaughlin, P.C
707 East Main Street, Suite 1050
Richmond, Virginia 23219
Tel: (804) 205.9020 Fax: (877) 575.0245
E-mail: henry@mclaughlinvalaw.com
*Counsel for: Joanne Marie Adams*

## NOTICE OF MOTION TO REOPEN BANKRUPTCY
## TO AFFORD RELIEF TO DEBTOR

Debtor,   **Joanne Marie Adams ("Adams"),**   by counsel, has filed papers with this court seeking to REOPEN a BANKRUPTCY to AFFORD RELIEF TO DEBTOR.

Your rights may be affected.      You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 DAYS FROM THIS DATE, you or your attorney **must:**

File with the court and mail a copy to the Debtor's counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will receive it before the date stated above.

Clerk of the Court                               Henry W McLaughlin, Esquire
US Bankruptcy Court                          Law Office of Henry McLaughlin, PC
701 East Broad St, Ste 4000               707 E. Main St, Ste 1050
Richmond, VA 23219                          Richmond, VA 23219

You must also attend a hearing to be held at__**12:00 p.m. (noon) on December 1, 2021**__ in __**Judge Huennekens Courtroom 5000**__ located at the   __**United States Bankruptcy Court, Richmond Division, 701 East Broad Street, Courtroom 5000, Richmond, VA 23219**__.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

## REMOTE HEARING INFORMATION

Due to the COVID-19 public health emergency, no in-person hearings are being held. This hearing will take place remotely through Zoon on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at:

www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom..

\***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.\***

PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing.  Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

By   /s/Henry W. McLaughlin
Henry W, McLaughlin (VSB No. 07105)
Law Office of Henry McLaughlin, P.C
707 East Main Street, Suite 1050
Richmond, Virginia 23219
Telephone: (804) 205.9020
Facsimile: (877) 575.0245
E-mail: henry@mclaughlinvalaw.com
*Counsel for Joanne Marie Adams*

## CERTIFICATE OF SERVICE

I certify that I have this   **10th day of November, 2021**   filed the foregoing

electronically through the court's CM/ECF system to the Chapter 7 Trustee and US Trustee,

and by regular mail to The Debtor and all creditors listed on the attached service list.

/s/Henry W. McLaughlin
Henry W, McLaughlin (VSB No. 07105)
Law Office of Henry McLaughlin, P.C
707 East Main Street, Suite I050
Richmond, Virginia 23219
Telephone: (804) 205.9020
Facsimile: (877) 575.0245
E-mail: henry@mclaughlinvalaw.com
*Counsel for Joanne Marie Adams*

## SERVICE LIST

| Name | Attn | Address | City | ST | Zip |
|---|---|---|---|---|---|
| AT&T | | PO Box 536216 | Atlanta | GA | 30353-6216 |
| Bank of Lancaster | | 100 S Main St | Kilmarnock | VA | 22482-9543 |
| Belfield Physical Therapy | | PO Box 1648 | Warsaw | VA | 22572-1648 |
| Bon Secours CMG | Heathsville Family Practice | 8152 Northumberland Hwy | Heathsville | VA | 22473-3309 |
| Bon Secours Community Hospital | | 1500 N 28th St | Richmond | VA | 23223-5332 |
| Chesapeake Medical Group BS | | 95 Harris Rd | Kilmarnock | VA | 22482-3845 |
| County of Northumberland | Ellen Booker Kirby, Treasurer | P.O. Box 297 | Heathsville | VA | 22473-0297 |
| Diane M. Lank, PLC | | PO Box 1615 | Warsaw | VA | 22572-1615 |
| Dr. Michael Miller | | 3811 Westerre Pky | Henrico | VA | 23233-1329 |
| Equidata | | 724 Thimble Shoals | Newport | VA | 23606-2574 |

| Name | Attn | Address | City | ST | Zip |
|------|------|---------|------|----|----|
| | | Bv | News | | |
| Heathsville Animal Hospital | | 45 Back St | Heathsville | VA | 22473-0000 |
| Internal Revenue Service | | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Joanne Marie Adams | | 526 Mila Rd | Heathsville | VA | 22473-4429 |
| John C. Morgan Jr. | New Day Legal, PLLC | 98 Alexandria Pike, Suite 10 | Warrenton | VA | 20186-2849 |
| Kross Lieberman & Stone | | 991 Aviation Pkwy, Ste 30 | Morrisville | NC | 27560-8564 |
| LabCorp | | PO Box 2240 | Burlington | NC | 27216-2240 |
| Lebanon Valley College | Attn Business Office | 101 N College Ave | Annville | PA | 17003-1400 |
| Mayo & Mayo | | PO Box 187 | Colonial Beach | VA | 22443-0187 |
| OrthoVirginia | Hanover Regional Memorial | 8200 Meadowbridge Rd #200 | Mechanicsville | VA | 23116-2337 |
| Paul Christian Stamm, Jr., Esq | | PO Box 2015 | Kilmarnock | VA | 22482-2015 |
| Pelletteri Group | | 1717 Park St, Ste 105 | Naperville | IL | 60563-8576 |
| Peninsula Radiological Assoc | | PO Box 12087 | Newport News | VA | 23612-2087 |
| Premier Healthcare Assoc | | 7702 E. Parham Rd., Suite 101 | Henrico | VA | 23294-4375 |
| Publishers Clearing House | | PO Box 6344 | Harlan | IA | 51593-1844 |
| Rappahannock General Hospital | | PO Box 1449 | Kilmarnock | VA | 22482-1449 |
| Richard F. Hall, Jr. | | 525 Cranes Creek Harbor Drive | Heathsville | VA | 22473-4485 |
| Riverside Medical Group | Attn # 13076N | P.O. Box 14000 | Belfast | ME | 04915-4033 |
| Robert Paul Adams | | PO Box 221 | Burgess | VA | 22432-0221 |
| Roy M. Terry Jr. | Sands Anderson PC | P.O. Box 2188 | Richmond | VA | 23218-2188 |
| SME, Inc. | | PO Box 15209 | Wilmington | NC | 28408-5209 |
| Tuckahoe Orthopaedic Assoc. | | 1501 Maple Ave | Richmond | VA | 23226-2553 |
| Verizon Virginia | | PO Box 4127 | Concord | CA | 94524-0000 |
| Verizon Wireless | | 1 Verizon Place | Alpharetta | GA | 30004-8510 |
| Virginia Credit Union, Inc. | | PO Box 90010 | Richmond | VA | 23225-9010 |
| Virginia CU Inc | | 7500 Boulders View Drive | Richmond | VA | 23225-4046 |
| Virginia Dept. of Taxation | | PO Box 1880 | Richmond | VA | 23218-1880 |
| Wahoo Radiology | | PO Box 13343 | Richmond | VA | 23225-0343 |