JAMES C. BREEDEN
BARBARA H. BREEDEN
(ALSO ADMITTED IN D.C.)

JEFFREY P. MATTHEWS
(ALSO ADMITTED IN COLORADO)

# Breeden & Breeden

A Professional Corporation
Law Offices
265 Steamboat Road
Irvington, VA 22480

MAILING ADDRESS
Post Office Box 35
Irvington, VA 22480

TELEPHONE
(804) 438-9595

TELECOPIER
(804) 438-9594

March 22, 2022

BY HAND DELIVERY

U. S. Bankruptcy Court
Attn: Clerk of the Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:  Joanne Marie Adams v. Richard F. Hall, Jr.,
James C. Breeden, and Breeden & Breeden, P.C.
Case #17-33303-KRH

U.S. Bankruptcy Court:

    We oppose the granting of the relief sought in the motion, and we request the Court to consider our views on the motion. We request a hearing. Other retained counsel may file a supplemental request.

    We certify that we have mailed, postage prepaid, on March 22, 2022, a copy of this request to counsel for Ms. Adams at the following address:

> Henry W. McLaughlin, Esquire
> Law Office of Henry McLaughlin, P.C.
> 707 E. Main St., Suite 1050
> Richmond, VA 23219.

Thank you for your attention to this letter.

Sincerely,

Richard F. Hall, Jr.
Breeden & Breeden

By: _____
of Counsel (VSB #08942)

_____
James C. Breeden, individually and as respondent